Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

_____ Division

Kristen Alford and OBO CMA and HMA

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Judge Amy Hawthorne
Kevin C. Karnes

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 2:26-CV-14-SPC-NPM
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Kristen Alford and OBO CMA and HMA |
| Address | 911 NE 35th LN |
| | Cape Coral, FL 33909 |
| | *City / State / Zip Code* |
| County | Lee |
| Telephone Number | 2398510898 |
| E-Mail Address | alford.kl@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Amy Hawthorne |
| Job or Title *(if known)* | 20th Circuit Court Judge |
| Address | 1700 Monroe Street |
| | Fort Myers, FL 33901 |
| | *City / State / Zip Code* |
| County | Lee |
| Telephone Number | (239) 533-2822 |
| E-Mail Address *(if known)* | hawthornehearings@ca.cjis20.org |

[✓] Individual capacity   [✓] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Kevin C. Karnes |
| Job or Title *(if known)* | Lee County Clerk of Circuit Court and Comptroller |
| Address | 2075 Dr. Martin Luther King Jr Blvd |
| | Fort Myers, FL 33901 |
| | *City / State / Zip Code* |
| County | Lee |
| Telephone Number | 2395335000 |
| E-Mail Address *(if known)* | aaron.stitt@myflfamilies.com |

[ ] Individual capacity   [✓] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

    Defendant No. 3
        Name
        Job or Title *(if known)*
        Address

                City          State          Zip Code

        County
        Telephone Number
        E-Mail Address *(if known)*

        ☐ Individual capacity    ☐ Official capacity

    Defendant No. 4
        Name
        Job or Title *(if known)*
        Address

                City          State          Zip Code

        County
        Telephone Number
        E-Mail Address *(if known)*

        ☐ Individual capacity    ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

    A.    Are you bringing suit against *(check all that apply)*:

        ☐ Federal officials (a *Bivens* claim)

        ☑ State or local officials (a § 1983 claim)

    B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
        Violations of the First Amendment, Fifth Amendment, Eighth Amendment, and the Fourteenth Amendment.

    C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

   D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.
   These individuals performed actions while using the authority and power granted by a government position or law, even when those actions exceeded and abused that authority.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

   A.   Where did the events giving rise to your claim(s) occur?
   Family Law and Domestic Violence court. Amy Hawthorne is the judge presiding over our family law case and has even been the judge reviewing previously filed domestic violence petitions between same parties. The Lee County Clerk of Court denied the ability to file a chapter 39 petition on multiple occasions as well as failed to provide a default judgement upon request.

   B.   What date and approximate time did the events giving rise to your claim(s) occur?
   Multiple actions that have spanned from the year 2019 to present time.

   C.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
   Amy Hawthorne has denied me access to the family law court by ignoring my petitions, motions, and communications requesting hearings on matters; she has also denied me access to domestic violence courts when petitioning for protection for myself and the minor children on our case. She has discriminated against myself and denied me due process and equal treatment on our cases. She has denied me freedom of speech by stating I am not allowed to speak during hearings and meetings. She has verbally assaulted me during hearings simply due to heresy from the other party on our family law case. She has signed orders based on her personal opinions and feelings, instead of facts, which has significantly, negatively impacted myself and the minor children. She has ordered/signed judgements that do not reflect what has happened or been discussed in hearings. She has participated in cruel and unusual punishment against myself, which has affected the minor children. Other individuals in court were witness to these behaviors/ actions; there should also be recordings of hearings. I have attempted to appeal and have reported multiple times to the head judge, clerk of court, office of general inspector, and judicial qualifications commission to no avail. Amy Hawthorne has violated and continues to violate mine and the children's constitutional rights. She refuses to speak to the minor children, which limits their freedom of speech and right to due process. Florida DCF workers have witnessed concerns.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Due to Amy Hawthorne's actions, emotional, psychological, and physical abuse have been endured. She herself has caused emotional and psychological damage, as well as financial abuse to myself and the minor children, and her actions have allowed the continued legal, financial, emotional, psychological, and physical abuse from the other parent. The children attend therapy.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Injunctive relief from Amy Hawthorne requiring her to recuse herself from our court cases and stop violating mine and the minor children's constitutional rights. This request is to stop the discriminatory behavior and violation of rights that cause damage by that of Amy Hawthorne towards myself and the minor children. Also, for the Lee Clerk of Court to offer all services that the law requires.
Compensatory and punitive damage relief for costs of attorney's fees, parenting coordinating fees, and other professional services ordered in Amy Hawthorne's court orders on the family law case; additionally, damages for pain and suffering, and emotional distress. $40,000,000.00 This request is to recover damages caused by the actions of Amy Hawthorne and hopefully have some sense of justice in this matter.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/02/2026

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Kristen Alford and OBO CMA and HMA

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City _____ State _____ Zip Code _____
Telephone Number: _____
E-mail Address: _____