UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KRISTEN ALFORD,

     Plaintiff,

v.                                                               Case No.:  2:26-cv-14-SPC-NPM

AMY HAWTHORNE and KEVIN
C. KARNES,

     Defendants.

_____/

## <u>ORDER</u>

This matter comes before the Court on a *sua sponte* review of the file.  On February 11, 2026, the Court denied Plaintiff's application to proceed in district court without prepaying fees or costs. (Doc. 13).  In doing so, it ordered Plaintiff to pay the filing fee by February 25, 2026, if she wishes to proceed with this action.  (*Id.* at 4).  And it cautioned her that a failure to do so may result in dismissal of this action without further notice.  (*Id.*).  Even so, the deadline came and went, and Plaintiff has yet to pay the filing fee or otherwise seek relief from the Order.  True to its word, the Court now dismisses Plaintiff's case without prejudice.  *See* Fed. R. Civ. P. 41(b); *Owens v. Pinellas Cnty. Sheriff's Dep't*, 331 F. App'x 654, 656 (11th Cir. 2009) ("Pursuant to Fed. R. Civ. P. 41(b), a district court may *sua sponte* dismiss a plaintiff's action for

failure to comply with the rules or any order of the court . . . especially where the litigant has been forewarned[.]").

Accordingly, it is now

**ORDERED:**

1. Plaintiff's case is **DISMISSED without prejudice.**

2. The Clerk is **DIRECTED** to deny any pending motions as moot, terminate any deadlines, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida on March 2, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

2